RECEIVED
AUG 27 2012
BY MAIL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____ **DIVISION**

Lamont Williamson )
)
ID. No. #363930 )
)
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
)
v. )
)                                    Case No. _____
Director, Troy Steele, warden, Null )    (To be assigned by Clerk)
)
- CO.I, Morris- Sgt., William Mckenney )
)
- Doctor, Jamr & Nurse, Nurse Jean, )
)
Nurse Robin, Nurse Casey, Brenum- )
)
CO.I, All Co's who reported to 3 HU/B-wing )
(Enter above the full name of **ALL** Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )
ON May 23rd, 2011 for 25.1 COV

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I.  PLACE OF PRESENT CONFINEMENT: Eastern Diagnostic Correctional Center,

2727 Hwy. k., Bonne Terre, MO. 63628

II.  PREVIOUS CIVIL ACTIONS:

A.  Have you brought any other civil actions in state or federal court dealing with the
same facts involved in this action or otherwise relating to your confinement?

YES [✗]                    NO [ ]

B.  If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1.  Parties to previous civil action:

Plaintiff(s):  Williamson

Defendant(s):  Modoc., et al ,

2.  Court where filed:  Western District of Missouri, St. Joseph Division

3.  Docket or case number:  11-6019-CV-3J-G.A.F.-P

4.  Name of Judge:  Gary A. Fenner

5.  Basic claim made:  None at the Current Moment due to lack of education, and Supreme Court Case in support rule: Cruz v. Beto, 405 U.S. 319,322 [1972][Citations Omitted]

6.  Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

Still pending

.III.  GRIEVANCE PROCEDURES:

A.  Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES  [✗]          NO  [ ]

B.  Have you presented this grievance system the facts which are at issue in this complaint?

YES  [✗]          NO  [ ]

-2-

C.   If your answer to "B" is YES, what steps did you take: $\underline{I.R.R. - No\ one\ responded:}$

$\underline{Inaction\ by\ prison\ official's:\ Title\ 42\ USCS\ 3/997e,\ I.E.}$

$\underline{Particular\ Circumstances\ Constituting\ Exhaustion:\ Taylor\ v.\ Barnett}$
$\underline{(2000.€0\ vs)\ 166\ F.\ Supp\ 2d.\ 483.\ [citation\ omitted].}$

D.   If your answer to "B" is NO, explain why you have not used the grievance system:

_____

_____

IV.   PARTIES TO THIS ACTION:

A.   Plaintiff(s)

1.   Name of Plaintiff:  $\underline{Lamont\ Williamson}$
$\underline{E.R.P.C.C.,\ 2727\ Hwy.\ k.,}$

2.   Plaintiff's address:  $\underline{Bonne\ Terre,\ MO.\ 63628}$

3.   Registration number:  $\underline{363930}$

4.   Additional Plaintiff(s) and address(es):  ___None___

_____

_____

B.   Defendant(s)

1.   Name of Defendant:  $\underline{Director}$

2.   Defendant's address:  $\underline{2729\ Plaza\ Dr.,\ Jefferson\ City,\ MO.\ 65102}$

3.   Defendant's employer and job title:  $\underline{He\ is\ the\ employer/Head.}$
$\underline{He's\ the\ "Director".\ [what\ the\ !?]}$

4.   Additional Defendant(s) and address(es):  $\underline{Warden-Troy\ steele,\ Dr.\ William\ \overset{mckenney}{mckenney},}$
Sgt.-morris, C.C.m. William Milam, Nurse Jean, Nurse Tamra, Nurse Robin, Nurse Casey,
C.O.I Null, All Correctional Staff that reported to Housea Unit 3/B-wing on response to
4 25.1 a unauthorize physical altercation on May 23rd, 2011. [see kite referral requesting thier Name
5 and warden Troy steele response].          -3-

Section III.C.

Inaction by prison officials:

If inmate had attempted to use administrative grievance procedure within 30-day time limit [15-day time limit], as claimed, but received no response, such that he was unable to appeal because of regulation requiring written resulotion of claims before appeals process could be used, then inmate would have exhausted his "available" administrative remedies, as required by, 42 USCS & 1994 e(a). Taylor v. Ben Barnett (2000, ED VA) 105 F Supp 2d 483.

Here I assert that on June 13, 2011, I received one Grievance from C.C.A Kathy Dillow. I request "4" I.R.R.'s. [Grievance 1st stage form]. The C.C.A denied me the extra three forms. Occording to policy, D5-3.2, That is a violation. Occordingly to D5-3.2 Offender Grievance F. Abuse/misuse of the Offender Grievance Procedure: 4, 9. (1) and (2)

(1) The "Superintendant may issue a letter of Caution or may limit the Offender to two new complaint per week for a marium duration of 90 days with a letter of limited filing Status. I am not one of those indiviguals, your honor.

CONTINUE of page #3

Cont. Section III C. (2)

(2) Subsequent restrictions must be approved ~~be~~ by
the division director/designee and should be for no
more than a 90 day duration.

C.C.A Kathy Dillon refused to give me another I.R.R'S
even after I explained the Emergency Situation.
I filed the I.R.R. on June 14th, 2011. I have not received
a response. Staff (defendant(s)) failed to timely responsed
to complaint, according to policy and procedure of
the Missouri Department of Correction and P.L.R.A.
guidelines. It's been over 49 daies and Counting. (08/01/11)
Note:

I requested another ~~Gri~~ Grievance but it took 2 weeks
to get it. The time limit elapsed for filing [15 day time
limit] due to Staff's Neglection to do the weekly rounds.
I filed and is in the process of completing it now.
The Issue is: ~~A~~ Offender Abuse by staff. Designee's
fail to timely respond to a @Emergency Complaint in
the time limit designated by Policy and Procedure.
The time limit is 7-day response time limit for designee
to respond. This issue is being brought befor them now.
[see attach Grievance Appeal P.C.C.-11-659.]

ContiNue of page # 3

V.    COUNSEL

A.    Do you have an attorney to represensy ou in this action?

      YES [ ]                    NO   [✗]

B.    If your answer to "A" is NO, have you made an effort to contact an attorney to
      represent you in this matter?

      YES  [✗]                   NO   [ ]

C.    If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you
      contacted and the results of those efforts:

      1.) No Attorney's work after 5:00 p.m.  2.)I am only allowed to make phone

      calls after 7:00 p.m.  3.) Plaintiffs inexpirence with attorneys and

      the field of bisness is 0.% precent: I have Not received any correspondence.

D.    If your answer to "B" is NO, explain why you have not made such efforts:

      _____

      _____

E.    Have you previously been represented by counsel in a civil action in this Court?

      YES [ ]                    NO   [✗]

F.    If your answer to "E" is YES, state the attorney's name and address:

      _____

      _____                S

-4-

VI. STATEMENT OF CLAIM [state as briefly as possible the facts of your case. Describe how each defendant is involved. Must state exactly what each defendant personally did or did not do, which resulted in harm to you. Include the names of others involved, dates, places. Be p as specific as possible. ... ....]: Numbered Claims

Assault and Battery / Mal Practise

1.) Assault  2.) Batter  3.) Misuse of Force  4.) Endangerment  5.) Failure to Protect  6.) Abuse of Offender  7.) Offender Abuse: failure to Report Offender Abuse  8.) Neglection of Duties [these all are by Correctional Officers and/or Warden Troy Steel]

9.) Medical Neglect  10.) Slander  11.) Refusal to treat Patient  12.) Mal Practise  13.) Failure to Report Mal Practise. 14.) Refusal to allow medical treatment by Dr. William Mckenney [9-13 are by medical designee staff members]. [see Definitions for clearity for Numbered (D.#1 or N.#1) defendants. In referrence to reason to why they are not vividly identified see exhibit A and exhibit B].

[15.) Conspiracy: [I am utterly unable to investigate this claim. As a offender I am prohibite by the D.O.C. to gather any type of information by truth verification methods and equipment. See D.O.C. Table of Content.

page 5

VI. Claims

Place, Date, Statous, Injuries

The acts took place at:
Potosi Correctional Center
11593 State Highway O
Mineral Point, MO. 63660

The Date of occurrence took on and till:
MAY 23rd, 2011 — [Transferred] October 25th
,2011 [ to E.R.D.C.C.]

Injuries:
1.) Busted Mouth. 2.) Bloody Nose. 3.) Vivid Discolor-
ation to my right, inner bicep. 4.) Slight Discolor-
ation to my right side of my face. 5.) Poisoning
: still occuring effects 6.) Deafness to right ear:
still current 7.) Decaing / Rotting right ear canal:
symptoms: extremely foul smell (Rot), Puss build-up,
possible blooding [there will be a civil action suit
against E.R.D.C.C. to follow this one]... Still occur-
ing. [seeking treat at a different facilaty].

page 5.-1.

VI. Claims

Nurses who treated me from
May 24th — June 3rd, 2011

Nurse Holly — she forgot to dress my bicep. ☹
She great when dressing my head. ☺
Nurse Robin — She was the worse!!
She didn't dress my bicep at all. And even
the nurse complained about how my head
dressing was utterly unprofessional/[cuntaker-
able]... [she was to busy grinding her booty
on the CO.s penis at that time]...
Nurse Pam — Did a poor job the first time.
Called my head a "egg". "Its like rapping
a egg." Did pretty good [ok] the second time.
Nurse Casey — She improved as time progressed.
I constantly had to remind her about my
arm. Stood by after 3rd to see what
She do. She forgot!! ☹☹☹
Nurse #1 — She didn't even put anuff gauze
around my head. And she didn't dress
my arm. And on shift or her brake, the
female walked of the office with a "Red
bull" beer. [what type of facility is this!!??]

pg. 5,-2.

VI. Claim

Additional Claim

Neglection of Duties/Endangerment of a Offender
[The Sgt. who ~~wrote~~ read/served the Conduct Violation Name is: Sgt. Morris]

Sgt. Morris forgot to ~~request~~ ask me if I need P.C. and submit a P.C. Request referral.

Witness to this

1. C.C.M. Dunin: On June 2nd, 2011 approx time: 7:20 A.M. C.C.M. Dune reported to my cell with a Displanary Hearing form. I informed mr. Dunn that I never was given a P.C. request form [Protective Custody form] by the Sgt. during my CDV hearing. Mr. Dunn inform me that, And I goat: "They we'er suppose to..."

At that hearing I requested R/O Emmerson as a enemy and request P.C. because Emonerson has family at that camp and is a known Crip gang member. He documented all of that information.

pg. 5. – 3.

VI. Claims

Note

Every time Dr. William McKenney reported to my enfurmary cell, CO. I Brenum, was there. She is a direct eye witness to his refusals!

And she never reported Offender Abuse, Medical Neglect, Refusal to treat a patient, Denial of treatment to a patient, Mal Practise, or/and Refusal to allow treatment, Slander, and Poisoning of a patient...

She commended him. Allowed him to do it. She Approved of his Conduct and behavior.

Other Injuries

A. Diarrhea: It looked like "Crype" [cri-pē: the fish we get from the store.] And It would be large pales of it. I wouldn't even felt like I went to the bath room!!!! [seriously]!

Witness to this

A. Nurse Casey   B. CO.I Null

pg. 5. - 4.

VI. Claims

Medical Neglect toward
Additional Injury

Nurse Casey tried to justify it. So claimed, without verification and at the time, known that, I had a burn 3rd degree burn blister ear infection for over a month: "It's proble food"
I clearly explained what made it a unnormal and then informed how it look: "Its Not Normal diarrhea. It looks like cripa. Its all funny looking"
Nurse Casey: "While, I can't do anything for you. Anything elsa ?!"

Note:
It is widely know that on surtain ~~tatatat~~ Nights, Such as that, all who come through the enfurmary or stay there can hear her and CO.I Null sexual flirtation games they. She's loud: "Stop it. Stop it. Your a bully. he hee, hee, hee. Stop it. Your a hully. [laughing] hee hee." She'll come out of the office pulling down her shirt!!!
Second: CO.I Null was the witness that Night!

page 5. - 5.

VI. Claim

12. Mal Practise by Nursen Staff.
13. Refusal to allow medical treatment by Dr. William Mckennvey and Nurse Jean and Nurse Casey.
14. Forcen a Offender in a dangerous situation by CO.s.
15. Misuse of Force by CO. [D.#1]

Alphabetical Sequence of Claims

A. Misuse of Force by D.#1:
after hearing me state multiple times:
"Its cool, I aint fighting No more. Come on in. Come on in, Im not fighting!".
When the door started open D.#1 reached his arm in with a can of mace and spraied me directly, deliberately, in my right eye ball!!
See diagram A.

B. Forcen a offender in danger by D.#1, D#2, D.#3, D.#4, D.#5, D.#6, D.#7, D.#8, D.#9:
I pushed offender Emmerson to the back of the cell, I was then yanked out of the cell by D #1,
page 5 A.

VI. Claims

I began walking to the left. I made it about three cells down when D.#1 grabed me by the arm and pulled me back to the "red zone"[dangerous area].

I was forced on the ground and order to:
"Get down!! Lay down on the ground now!!" By O.#1. At first I was not aware of the where-abouts of Inmate Emmerson [I thought they had already removed him from the cell] I opened my left eye and turned to look in the cell and I saw to my totle surprise that offender Emmerson was unattended and standing in the cell without handcuffs on. I was being handcuffed and pinned down by D.#1 while two other CO.s Stood above me [smiling]. D.#1 was yelling: "Don't move! Don't Move!!" to me [directly] repeatedly. He left me [all of them] there for Approximately 1 minute in that dangerous situation.

See Diagram B.

Witness to this incident

1. 3-House video survalence 05/23/11, 3rd shift, of Conduct Violation 25.1

page 5. B.

VI. Claims

C. <u>Assault [claim #1] and Battery [claim #2] and</u>
<u>Failure to Protect a Offender by CO.'s.</u> [D. #1, D.#2,
D.#3, D.#4, D.#5, D.#6, D.#7, D.#8, D.#9.].

I began looking around me to see how many CO.'s was
circling me It was three [3] of them. I tilted my
head to see the one infront Name tag but my vision
was blurry, so I tried focusing on his face [he was
grinning extremely hard]. He noticed what I was doing
and ~~yank h~~ yanked his head up fast to block my view
of his face and stormed of into the cell. Emmerson
turned around to be cuffed-up. They CO. wispered
something in his left ear [I could see his jaws moving]
He cuffed Emmerson. D.#1 started to left my upper
body by pulling my arms [It was clear he was not
triing to pick me up cause he would let go and do
it again]. [my face was exposed, extremely]. The D.#2
walked Emmerson half through the cell then pushed
[released <u>him</u>] toward me. Emmerson took two step,
[~~two~~ quick step: building momentum], and kicked me
viciously in the face. D.#2 then moved Emmerson
on by... .... See Diagram C.1 and C.2
page 5. C.

VI. Claims

No one tried to stop the obvious coming assault and Battery... See <u>Diagram C.2</u>

D. <u>Failure to Report Offender Abuse by Warden Troy Steel and D.#3, D.#4, D.#5, D.#6, D.#7, D.#8, D.#9.</u>

1) Defendants #3-#9 where present at the scene ^scene of the planned assault and Battery. Yet noone made a report on the act. [Rather insted of doing that they charged offender Emmerson with a <u>rule 2.1 mayjor assaut</u> and through association, to cover-up what they did, thier peer's, droped it ~~to~~ [modified it] to a <u>10.1 Minor assault in order to stop a investigation</u>. [which,<u>if I am correct, warrents a investigation for Conspiracy</u>, your honor]. [<u>investigation are mandatory in rule 2.1 mayjor assaults</u>. Not 10.1's minor assaults.]
    <u>Witness to this incident</u>
    1. D.O.C. Policy and Procedure
    2. Emmerson, Issa 2.1 modication to 10.1 CDV.[1]
_____
                    page 5. D.

<u>1. CDV</u> stands for Conduct Violation

VI. Claims

2.) Defendant Troy steel, after receiving several kites about the incident, refused to [did Nathing] investigate the situation and refused to give the Name's and numbers of the officer's to be reported to the authorities. See Exhibit A and Exhibit B. [Troy steel is the Warden of Potosi Corrections Center and is by Law [217. R.S.MO] to ad in the prose prosecution of any employee, rather they be or Come from Corizen or not, who violates a offender's civil protected Rights.]

3) Defendant Troy steel also refused, after receiving kites about medical Neglect and Malpractise, refused to investigate and give the Names and ID. Number's of the medical staff who violated my federal protected rights. He is fully aware of the situations that happen and occurring and still chose to Not do anything about it.

E. Medical Neglect by Nurse Jean:
First and foremost:
The altercation between me and Inmate Emmerson began because he throwed Boiling Hot Coffee on my

page 5. E.

VI. Claims

face. [right cheek, mouth, chin, right ear and some enterred my right ear canal]. Why, I'm not utterly sure. But through word of another offender [name unknown but the Inmates call him "K.B.".] That Emmerson was told to do so by a officer. Reason to cover-up some scares on my face made by some officer who tried to murder me at a different camp: C.R.C.C. - see Williamson v. MO.DOC. 11-6019-CV-SJ-GAF.-P. I have clearly visible scares on my left eye brow, eye lid, and left side of my face. One can see why he chose coffee as the weapon of chose... ....

Now:

I was taken to a the Medical Unit, [ER Nurse office: infermary Department], where Nurse Jean was the only Nurse who examened me. She noted the bloody nose, mouth busted and bleeding. She also noted the large burn blisters bubbles on my face and mouth and behind my ear. Yet she began to slander me in front of a Sgt. and Co. She stated and I goat: "Thats what you get! You shouldn't have done it! Thats what you deserve!" I informed that I did not do anything. After she yelled at: "I don't want to hear your lies!"

page 5.F.

VI. Claims

She dabed some clear liquid on my lips. I changed the subject. This was the conversation/report/response

"Nurse, he threw Boiling Hot Coffee on my face."

Nurse Jean: "I see" [confirmation]

me: "I can't feel my face."

Nurse Jean: "What?"

me: "I can't feel my face." "My hearing, I can't hear, ether."

Nurse Jean: "I can't do anything about!" [being deliberately indeferrent toward my situation].

me: "Can you cheak my ear?"

Nurse Jean: "What for?!"

me: "I can't hear.."

Nurse Jean: "Turn your head!" "Oh. Yeah, you got......... Something in your ear!" [she knew it was a burn blister inside my ear canal]..."I can't do anything about that."

Me: "Sence you can't do anything can I go to the hospital?"

Nurse Jean: "NO!"... "He's ready to go to 2-House" [talking to the sgt.]

Sgt.: "Can he have a shower?"

Nurse Jean: "......... Yeah." [she thought about it, looking for a reason to refuse in order to punish me even more].

page 5. G.

VI. Claims

Witness to this incident
1. Medical Record reports
2. D.# 4 [escorting sgt.]

F. Neglection of Duties by staff [designee officer]
[ether Defendant # 1 - 7]

No one took a photo of my [the victom] face untle
the next shift and after the injuries got severly
worse, when the was suppose to have taken them
before nurse Jean dabed the blood off and sent me
to the Dis-Seg/Ad-Seg Unit. [Housen Unit-2: 2-House]
By this action they to never documented
the damage up close like policy and procedure
and Law requires for them to do. [obvious
Cover-up attempt].

G. Medical Neglect; failer to report medical
Neglect; Mal Practise by Nurses; Mal Practise
by Dr. William & Mckenney; & Refusal to allow
medical treatment; Slander by medical
staff:

1.) ON may 23rd, 2011, 1st shift, Approx. Time: 11:10 p.m.

page 5. H.

VI. Claims

I was brought to Housen Unit-2/C-wing /cell-20 of potosi Corr. Cntr. [potosi Correctional Center], where I began to to wash the mace off my extremely numb face with my bare hands, heedless to my skin being peeled off my face because of it. I, literally, washed off my face. [my ~~not~~ entire right cheek area came off]!!!, [part of my mouth area too.!!!],[It was all flesh]!!!

2.) I did not notice it at first.[my eyes where closed]. I walked over to the desk and used a sheet to pat my face dry. [thats how I dry my face]. I went to look out the window and seen my reflextion and nearly screamed in panic because of what I saw. I ran to the mirror and immediately hit the emergency button.

3) Sgt. D. #4 came to my cell to sever/read me my CDV 25.1. He began to smile. I requested medical emergency. Shortly after word I was escorted the ER Nurses office. Nurse Casey was the only ~~Nurse~~ there. She began to make a unappropriate comments toward me and my situation [joking and laughing] to the point I had to harshly ~~reserve~~ redirect her: "Nurse, now is not the time for your

page 5. I.

VI. Claims

enappropriate behavior.! Could you please stop from making those comments... Thank you, ma'am.."

4) I started to inform her of my symptom symptoms [?]. [Spelling may be wrong]: "I can't feel my face." my hearing's gone." Thats when D.#4 came in. He said: "Williamson, we forgot to get a photo of your injuries. Mind if I take one now. [Nurse Casey had already started to clean the extremely large injured area.]. I said: "Yeah." He took a few pictures and left.

5.) I asked Nurse Casey is she going to send me to the hospital. She said: "NO." I asked why Not. She replied: "No can't "I can't do that." I Informed her thats what she suppose to do in this situation. She said: "No. But I'll call the Dr. to see what he want to do."

6.) She left and came back and the Dr. said put me in the infermary and he'll see me in the mourning and to give me a shot of some type of pain drug the equivalent- of- Morphine. [her and the CO. swore it would make me go to sleep. I was up all night and the next night. Up all day and night]. She was ordered also to put sometype of cream from a blue jar on my injuries

page 5. J.

<u>VI. Claims</u>

to. And rap my head up with gauze. The Dr. also prescribed Tylenol 3 to be given to me for pain every 4-hours as needed. [I lied and said I needed it. I just wanted it just because it <u>tasted good</u>. I was <u>numb</u> from my right ear to the left. They could have cut me open with a chain saw and I wouldn't have felt it.!!!]

7.) I informed nurse Casey about my hearing loss in my right ear. She took a scope and cheaked it confirmed I ~~both~~ had a burn blister in my ear. But then stated: ~~She~~ "I can't do anything about that."

8.) I asked "Isn't there a burn specialist or ear specialist at the hospital?" She to me: "NO. There's no such thing as a <u>burn specialist</u> or a <u>ear specialist</u>." I left it at that.

9.) On May 24th, 2011 The Dr. came, Dr. Mckenney did not great me he said: "Lets see how the patient is doing." [weird]. Nurse Tamra removed my gauzes from my face. The Dr.s assessment was: "3rd degree burns with 2nd degree... marks. Yes, while, we'll put him in for skin drafts by the hospital. Until then,

page 5. K.

VI. Claims

We'll continue with the " ? " cream and keep him here in the enfermary. Ah—, I think that'll do. [he started to leave].

10.) I stoped him in his tracks, immediately. I stated: "Doctor, my right arm hasn't been assessed and I can't hear out of my right ear." [I showed my arm cause the shirt I had on was big, the sleave fell over the medical rap]. The Dr. said: "Oh. While, let have a look. [the nurse Tamra removed the gauze]. Yes, 2nd degree burn. We'll continue with appling " ? " cream and changing the raps once a day." [he started to leave again]. [he was moving pretty fast].

11.) I stoped him again, immediately. I stated: "Doctor, there's something your forgetting." Doctor asked: "what?" I replied: "my ear. I can't hear out of my right ear." The Doctor stated: "While, I can't do anything about that." I stated: "Isn't there a ear specialist who can treat me. Im deaf in my ear. There Some of that Boiling Coffee got in my ear. It sound like Im under water".

12.) The Doctor then cut me off rudely, stating: "Oh, I'll look at it." [sounding irritable] He took his scope looked in my ear and then he stabed [thrusted] the burn blister with it. Next thing I feel is a liquid running down

page 5. L.

VI. Claims

my neck. [It was puss from the large 3rd degree burn blister in my ear canal].

13.) The Doctor then stated: "Oh. While I can't see in your. We'll just, while. OK. Anything else?" I asked: "Can go to the hospital?" He said: "No." I asked: "hah, So, your going to deny me treatment?" He stated: "Yes." I then asked: "So, your going to refuse me treatment?" He stated: "Yes."

14.) He then stated: "While, we'er done." [he left.] From that tuesday then to that following week Wednesday the Nurse's continued to forget to change me medical gauze around my arm. To the point that the cream was green and brownish and slimy [disgusting, sickening, ill]

15.) and from that Tuesday, the 24th of May, 2011, I contacted a burn blister/Ear infection. I complaine d about but all the enfermary Nurses, Nurse Pam, Nurse Casey, N#1, N#2, all claimed that they couldn't do anything and that there wasn't a ear specialist ["There's No such thing as a ear specialist. Ha ha ha ha." [laughing at me]].

page 5.M.

VI. Claim

That following week Wednesday the Doctor came to see how my face was doing. Phrael Miraculously my face healed... [lips, cheek]. [yet other symptoms related to the serious injury [trauma, insomnia, fear, angre, heatered hatred, defenselessness, ect] have no cure. Just dependency on pyschiatric medication. Which I'm on now. [Colidine and Ramron].]. The Doctor stated: "Oh, Now that just wonderful. Yes, It healed. Yes, that's good. Ok, there still a slight discoloration, but that fine—. Here take a look [referring to Nurse Tamra and C.O.I Brennum]. The Nurse and CO. began & giving out excessive compliments to the quack: "Great Job, Doctor! Beautiful Job! Wonderful Job, Doctor. That is amazing, Dr. Mckenney. Beautiful Job, doctor!" [it was a choros symphony of 'em].

16.) The Doctor stated: "While, we can call off the skin drafts, and—, the patient is free to go back to Housen Unit-2" [He started to leave].

17.) I stoped him, immediately. I stated: "execuse me doctor, & but, I still can't hear out of my right ear. You haven't treated it and Now it

page 5. N.

<u>VI. Claims</u>

is infected. I have a burn blister infection or, and, a ear infection. Where you poped that burn blister in my ear it got infected." He stated: "I can't de anything about that." I asked him: "So, You telling me you can't proscribe some antibiotics or something?!" He stomped over infront of me and asked: "while, what are you ellergic to?!" [sounding irritable]. I said: "ah-, Tegratol." [he started to live but stated]: "That pyschic meds!" [dismiss it as unwanted knowledge]. I them ~~quick~~ quickly stated, [which got a result from him: a Negative result]: "~~plus~~ Penicillin."

17.) The Doctor turned toward me with a ~~hughman bag~~ humungus [the hugest] Smile [demonic] [a demonic grin] I proble seen. He ~~quickly~~ quickly turned to nurse tamra and said:
"We'll start the <u>patient</u> on '<u>Mocicillin</u>'."
and stormed cut the room. Nurse Tamras face looked like she was scared. She replied: "Yes, doctor."

18.) Apon leaving Nurse Tamra popped <u>one</u> of the
page 5. 0.

VI. Claim

Read Pills out but ask CO. Hawkins did she think it would better to allow me to take it there or just let me go back to 2-House and take it there. CO. Hawkins told her: "Don't ask me. It's your job." So Nurse Tamra pushed it back in it 30 case package and said I can take it when I get back to 2-House.

19.) I got back to 2-House and popped the pill. Totle unaware of it nature or relation to Penicillin. I immediately begin to itch. unlike Penicillin,[which gives me burning, feverish itches and clear red dots and slight swellings], [by the way, it makes me yell and scream its bad!!], Mocicillin gave me light itchs and minor red dot with no swelling. Yet I couldn't stop Stratching. I couldn't fegure it out. I went to my door, and, here comes Nurse Tamra laughing with a white male CO.. She says: "Mr. Williamson, ha ha, can I have that mocicillin back." I asked: "Why?" She say: "ha ha, your not suppose to have that It's related to penicillin. Your ellergic to penicillin."

page 5. P.

VI. Claims

"ha ha ha." I informed her that: "No wonder I'm itch so bad. And I got them red dots [I started to exam my self]. Can you please report this?" Nurse Tamra replied: "Yes, can I get those meds?" I gave them back to her. I asked her: "Am I going to get a different antibiotic?" She replied: "Yes." She walked off. I never received any antibiotic sence then. [until months later]...

20.) On Friday, June 3rd, 2011, 3rd shift, [after going to medical for medical emergences Three (3) other time because of my burn blister/ear infection sympt-oms [extreme pressure, popping (cracking pain), drainage]]. I did like the medical Slips (patient education form) said to do: drip soapy warm water in ear, tilt, Then tilt in reverse and allow the water to drain-out.

21.) While, after I tilted the first time, I was Screaming insanely, ramming the panic button the CO.'s just called over the walky talk, cuffed me up and escorted me over to medical.

22.) Nurse Casey berated me for doing what the forms, she gave me, said do. I showed her the forms and told her: "That what you gave me."

page 5. Q.

VI Claims

She called the doctor. I was placed in the enfer-
mary and given a shot of something more _potent_
them _Morphine_. The needle was 4 to 5 inches long,
and the thing was 3/4's filled up. [all I know is
pain was no long, ever, a issue]!!!!!!!!!! ~~WoWoW~~
~~day I still don't Ht shit!!~~]
23.) _TO THIS DAY, YOUR HONOR, I STILL
DON'T FEEL SHIT.!!!! AND I MEAN
THAT.!!! PERIOD! END OF DISCUSSION!_
24.) I felt a SNAP and heard it when it did.
And all I know is there wasn't no more
pain!!! Nurse Casey said I was going to fall
asleep. I was up all through the weekend.
I got 2 Hours sleep before the doctor came in
to see me that Monday, May 26th, 2011.
25.) The Doctor refused to send me to the
hospital again. He refused to treat me and
to proscribe antibiotic's. He exclaimed:
"Doctor did treat patient!" When I told:
"You never treated me, Dr. Mckenney." [refer-
ring to my ear].
26.) He sent me back to 2-House. I staied over

page 5. R.

VI. Claims

in Housen Unit-2/C-wing/cell-20 with my ear draining from month after month after month. My pillow case had blood, puss stains in it to the point it was unsanitary.

27.) I couldn't sleep for days on end, and when I finally did fall asleep I would wake up, but cause because of a "electric shocking sensation that was almost unbyreable would cause me to !!!" [I was placed on colidine 3mg.][I wasn't working at that time at all]!

28.) Around August, sometime, I went in again for medical emergence, blood was coming out of my ear. Nurse Casey was there. I explain what was on my pillow case I had tried to fall asleep and went to turn over and found blood drops on my pillow. See looked in my ear canal and said: "eeuw—, gross! Thats... .... That's bad. Yeah, thats bad. I'm going to put you in for doctor sick call... She sent me back to H.U.2¹

29.) When I go to doctor sick call [I was the last patient seen] the Doctor states: "Wow,

1. H.U.2 stands for Housen Unit 2.

page 5. S.

VI. Claims

patients face look really good. [I go take a set
on the operation table]. I cut stright to the chase:
"Doctor, this is not about my face." He asks:
"While, what can I do for you mr. Williamson?"
I inform him that I have had a ear infection,
a burn blister ear infection in my right that
he has not treat seen May 25th of that
year. He immediate start exclaiming: "Doctor
has treated patient! Doctor, has treated
patient!" I press forward. I continue to
explaine by detail what has transpired sence
both enfermary placements and releases.
That no antibiotic where given and that he
poisoned me with Macicilline, knowing I was
ellergic to penicillin. Before I could convict even
further he hope up form his desk and asked:
"While, would you like for me to look in your ears"
I stoped and said: "Sure."
30.) He cheak the right then the left. [I had inform
ed him when I was in the enfermary that I
could pinch my nose and blow and air would
come gushing out me right along with puss.]
page 5.1.

VI. Claims

The doctor [knowing I was hand cuff from the back]
Stated, [mockingly]: "Ah, ha, ha ha, mr. Williamson, ha,
ha ha ha, could you, ah, ha ha, could you pinch your
Nose and, ha ha, pinch your."
31.) I stoped him right there: "Doctor, you know
danny while I'm hand cuff.."
32.) He exclaim: "OK, While you do have drainage
in your ear." I started to cut him but chan-
ged the subject when notice what I was about
to do. He stated: "I can't do anything and
[Lowering his tone and leaning close to me]
Your not going to argue with me. You hear
me."
33) I told him: "One: you never treated me!
Two: your never proscribe medication. Three:"
He started yelling: "Nurse!! Nurse!! Nurse!!"
He ran out of the office creating a loud
uproar!! He returned with a short fat
Nurse [ N. #3] and a tall, ~~~~ obese female
CO.. He began to exclaim [slander] that he treat-
ed me and walked over to his desk and sat
~~down~~. I then began to explain that the
5. U.

VI. Claims

Never treat me. But as soon as the racist
White female's heard that they both started
Screaming: "Oh—! Oh— NO —!!! You
gotta go—!! Oh—! NO.' He gotta go—!!"
They ran out of the office. That's when
the doctor exclaimed: "He doesn't appreciate
anything!".

34.) I told that doctor before I walked out:
"You know your quack..."

35.) That night 8:00 meds I started receiving
a antibiotic (pill) and some type of ear drops.
I asked the Nurse's [N.#2, N.#4, N.#5: I think
her name is Jammy] what was the ear drops.
They all said "anti-biotic". Nurse Jammy yelled
at me: "take your meds!!" I refused it.

35.) Nurse Pam lured me to trust it. It
is a water substance. And always drains out.
Yet on the third (3rd) day of taken it.
A Viscid goo came pooring out of my ear.
I woke up light head and out of it when it
came running down my should and hit
my hand. It was extremely sticky and

page 5, V.

VI. Claim

wouldn't rub off. The Nurse, N.#2, looked horrified.[eye big, and couldn't speak]. I requested her to report that. She Noded her head.[yes, she would]. She didn't even offer to give me any of the ear drops. 36. I refused all other medical treatment purtaining to my ear.

H. Endangerment by 2-House Classification Staff and Sgt.

At my Dis-Seg hearing [disciplanor Hearing] I requested for P.C. [protective custody]. Casemanage II, Milam asked:"what for, you don't have any enemy. And you can't have staff for your enemy." [weird]! I explained:"I know, that's per policy. But Im down here for a fight.. You should already have the inmate Name as a enemy." He said: "Who'd you have a fight with !?" The othe Casemanager present said: "That's what where teaming him on..."[convictingly]. He, C.C.MII Milam look at the paper work again, said: "huh. Oh. [looked through some more paper work]. They..."

J. W.

VI. Claims

The C.C.M [looking over his shoulder, at all times. Pointing out information. I had been complaining about Defendant William Milam unfair and unjust behavior.[abuse of ~~deer~~ discretion]]. Corrected him on misstatement he was deliberitly making, misspellings, date's, time. It was to the point that defendant Milam gave up tring to get away with being unjust and unfair in front of him. At the a point, Milam stated: "ha ha, Someone forgot to put down who you got into a fight with. So who did you get into a fight with?" [He was tring to peg me for a "Snitch."].. The other C.C.M pointed it out, to him, on a sheet of paper [records]. [defendant Milam started to get angre: frowning, angre face, snap'n at the other ~~caem.~~ casemanager].

I requested P.C. again. Casemanager Milam said he would put me in to see the P.C. Committee. Never happen though.. Insted at my next meeting they said I failed to 2-man acclimate, and given 30 more dyies D.'s-seg. I requested P.C. and gave them a play by

page 5. X.

VI. Claims

play debreifing of my situation [staff, Emmerson ect.] I was immediately placed on ~~AD status~~ Cont. AD-seg and retained at 2C-20. [single man cell]

Witness to this

1. attach ~~AD-Seg~~ hearing form

Someone altered my records after the hearing and tried to have me moved. The first time The tried to put me in the cell with Two (2) other offenders [it would have been three (3) offender in a 2 man cell.] [There is Not a over-crowding situation at P.C.C.]!! I showed the Sgt. my AD-Seg form which clearly states: Retain a 2C-20 [That mean that I am/was not ~~to~~ to be moved. Period! End of discussion]. The Sgt. tried to argue that that is not what that me. He started to yell at ~~a~~ me and was about to threaten me whe a CO. came told him! There was a misstake Someone was already assign-ed to that cell. He walked away with apologizing. [weird, again]!!

The next incident they try to ~~get~~ Force me to go to medical with my enemy, Knowing we'er to

page 5. Y.

VI. Claims

be seperated at all time. [No contact!! Period!!!][I refused to sign enemy waviors]! CO. Amber Guiles [spelling may be wrong] informed me that casemanager stated that I better go. I informed her I refused to sign enemy waviors with Emmerson. She called the caseworker (C.C.m) back. She came told me that he said he'll come down to escort you to medical. I said "ok." [I wanted to see who the chump was. If he was going to make it that easy to sue him, I'll play along]. He never showed.

Shortly after that CO.s came told me pick my stuff I was being move to a 2 man cell [again] I refused and showed them why. The sgt. came. He threaten to mace me. I complied to move. I offender was who I thought it was going to be; Emmerson, Issa big Cousin: Darrle Kelly [now fag: Booty bandit] He stated: "You don't want to come in her Godzillah." [Godzillah is my nick name: He respects me. But we already. We would get it on.] I declared him as my enemy. I was put back in 2C-20. [weirder!]

Witness to this

1. attached enemy request [see date and time] page 5. 2.

VI. Claims

Appropriate Authority

Here listed are the Laws and R.S.MO., ect. which entitle me to relief. As listed:

1.) 217.405 R.S.MO. ... Offender Abuse: Officer shall not...

2.) 217.410 R.S.MO. ... Abuse of Offender: duty to report, ect...

3.) 217.050 R.S.MO. ... To Sue in the name of Director...

4.) 516.100. Period of limitation of prescribed

5.) 516.120. (4) or for any other injury to the person or rights of another, ect. [within five years]

6.) 516.130. (1) An action against other officer(s) by the omission of an official duty... .... [within three years]

7.) 516.140 actions within two years: An action for libel, slander, assault, battery,

8.) 516.145 all actions brought by a offender, ect. [one year]

9) The 8th Amendment.

10.) The 1st Amendment. [right to grievance]

11) The 14th Constitution Amendment

Capacity Issue

I request both Capacity issues:
A. Individual Capacity   B. Official Capacity

page A.

Cont. **VI.** Statement of Claim:
  <u>appropriate authority:</u>

Supreme Court Section 1983 Case Called:
  <u>Cruz v. Beto</u>, 405 U.S. 319, 322 (1972)
States:
  "Case should <u>not</u> <u>be</u> <u>dismissed</u> for failure to state a
  Claim <u>unless it appears beyond doubt that the</u>
  <u>plaintiff can prove no set of facts in support of</u>
  <u>his claim</u> which would entitle him to relief.."
also:
  <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957)
  The <u>Supreme Court</u> said that in considering a motion
  to dismiss, <u>a pro se complaint should be held to</u>
  <u>less strict standards than a motion drafted</u>
  <u>by a lawyer..</u> [The Attorney Generals Office, ect.]

  <u>Title 42</u>

42 USCS §1997e Suits by Prisoners
I.E. <u>Particular Circumstances Constituting Exhaustion:</u>
<u>¥ 73 Inaction by prison officials</u>
Claim:
1.) I <u>requested multiple Grievances from C.C.A.</u> Kathy Dillon at Potosi
Corr. Cntr., 2 House/C-wing/20 cell on June 15, 2011. She refused
my request for 4 but gave me one (1). I failed it under
Retailatory Act by staff. No one responded so that I could
appeal it as required to exhaust occording to P.L.R.A.
                                                page ※ B

Cont. XI (appropriate authority continuence)
2. I listed in the complaint:
 1. Offender Abuse
 2. failure to report Abuse of Offeder
 3. Mal Practise
 4. Refusal to treat patient by Dr. William Mckinney
 &
all the requirements for a _Emergency Grievance_ wit
which is to be responded to by staff with-in _7 daies_
in occoordence with _DS-3.2 Offender Grievance_
_III. G. 1. a. b. (1), c., e._

Case in Support: _Taylor v. Barnett_ (2000, ED Va) 105 F. Supp 2d. 483.

I declare under the penalty of ~~perjury~~ *perjury* that the foregoing is
true and Correct. Executed at: Bonne Terre, MO. ~~Date~~
Date: June 24th, 2011


Lamont Williamson
#363930

page &#x2014; C

## VI. Claims

## Diagrams

Diagram A.: misuse of Force

The CO. noticed that I was _compling_ but still spraied me regardless..

Two property buckets stacked on top of each other. which I was pinned down in a siting position and could not move.

me:

I had offender Emmerson, Issa in a head lock because he was still hostile and strugllen.

Inmate Issa Emmerson,

Diagram B.:
The Cell Door is fully open and Emmerson is fully unattended by the Correctional Officers. I was forced to lay there as they allowed Emmerson ample time to come out and begian to assault me. This was done _deliberately_ by the CO.s.




Page 1 of 3

VI. Claims          Diagram



Diagram C.1.                    Bunks
   Inmate Emmerson —
   D.#2 : CO. —
Defendant #2 [D.#2] after seeing
me try to get his name, stormed
in the cell, handcuffed Emmerson,
turned him around walk him
halt-way through the cell the
pushed him forward.
Emmerson then ran forward,
[the CO.[#2 D.#1] left my
upper body preparing me for
the assault], and kicked
me in my face extremely hard.

No one tried to stop the obvious plan and execution
of the planed assault.
It was/is very clear that this assault was not
planed planned or conceis conceived by offender
Issa Emmerson. Video Survalence caught it all
on tape

                    page 2 of 3

vi. Claims

Diagram

Diagram C.#2



Three white shirts [Sgt., Lt.(s)]
Observed the whole act play by play
and allowed it to continue and never
reported the act adding in covering it
up. They condorsed such activity
of assault and battery.

The bubble officer's also observed
but and never reported it.

Video Survolence

Bubble office

page # 3 of 3

VI. Statement of Facts
    Definitions

D.1: Most of the defendants will be Numbered
    do to the <u>Wardens refusal to assist in
    bringing those guilty of violating my
    Civil protected rights to the courts
    immediate awareness causing him
    to be a defendant also as</u> proscribed
    by law.

D.2.: Correctional Officers who violated
    my civil protected right will be Number-
    ed by who violated them first [1st]
    to Last. And will be the indicator of
    that one individual throughout this
    evidentiary hearing <u>untle the Attorney
    Generals Office and the Department
    Of Corrections comply with R.S.MO.
    217. Law to give up the identification
    of the perpetrator.</u>.
    Those Numbers are:
    D.#1 , D.#2 , D.#3, D.#4, D.#5, D.#6, D.#7
    D.#8, D.#9.          page 1 of 3

VI. Statement of Facts

D.3: The Nursen Staff that are Not Named Will be Numbered also untle the Department Of Corrections comply with Law 217. R.S.MO. duties: 2. At the current moment Potosi Correctional Center. Warden refuses to Obey the Law. See exhibit A. The Nurse's Numbers are: N.#1, N.#2

D.4: There are five locations where these, Continued, related violations persisted to occur. Those Locations are:
1. 3-House [Housen Unit-3/B-wing/top walk.
2. ER/infermary Nurses office/room-1
3. 2-House/C-wing/cell-20
4. Medical Department/Dr.s Office
5. Potosi Correctiona Center, 11593 State Hwy. O, Mineral Point, MO. 63660.
[any other place on or from [transporting from] that location]], [transport van, transporting office build, ect.].

page 2 of 3

V.L *Statement of Facts*

D.5: Department of Corrections Policy and Procedure Manual Table of Contents are a index of the D.O.C.'s guidelines and referrence to employee's information and programs avialable and investigation requirement standards obligation. Some of which are prohibited to offender's review1 or requests. Such as:

D.1-12.1 Serious Incident Reporting and Debriefing Sessions ····· 09/05/02 ·· prohibited

D.2-14.1 Staff Identification ··· 12/10/08 ··· prohibited

See Table of Content

D.6: Offenders are only allowed to know Correctional Officers and Nurses Last Name. It is just by consequents that one get a public employees first and Last Name or just the first name. Most of the time we offenders don't even get ether Name...!

page 3 of 3

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

1.) Referral for Prosecution of all defendants ellegable  2) Restraing order on defendant [will later be defined when concil can be appointed 3.) Investigation of my record and for Adjustments/expongences to be made 4) Termanation [permanently] of all ellegable defendants 5.) Special placement  6.) Out-Count Medical assistents 7.) Be monetary Damages
Grant punitive and
(see below)

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages: ▰▰▰ 20 Million ($20.000,000.00)

Base on ground's as required by and set-forth in R.s.mo: 1.) Defendants Enforced and allowed me to be assaulted by Offender 2.)Refusen to treat my injuries by defendants 3.) Refusen to allow medical treatment by Defendants 4.) Mal Practise by Defendants [Dr.] 5.) Mal Practise by Defendants [Nurse] ▰▰ 6.) Derelection of Duties by All defendants 7.) Altering Medical records to Cover-up "Mal Practise": Retailiatory Act

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☒   NO [ ]

Lamont Williamson

IP No. ▰▰▰▰ #369970

_____      _____
Signature of attorney or pro se Plaintiff(s)         Date

In the United States District Court of the Eastern District
for
Bar of Missouri

Mr. Williamson #563930
    Plaintiff.
v.                          } Civil No. _____
MO.D.O.C. etal.,            } Declaration/request
    defendant(s).

I, Lamont Williamson, plaintiff, hereby declare that plaintiff
has studied as far as his concerns (issues) and this
Courts govern law covers and hereby request activation
of Federal Rule of Evidence Rules. As listed:
  1. Rule 201. Judical Notice of Adjudicative Facts [when appropriate]
  2. Rule 405 Method of Proving Charcter: (a).(b)
                        [Citations Omitted]
  (1.) Defendants MO.D.O.C. and its employees are heterosisly
      Stained with Conduct Violations and Violations against
      the Constitutional Amendment and Inmate(s) Rights that
      Can Not go unnoticed when it comes to preliminary
      questions and Ultimate Issue(s) needing to be address.
      [Plaintiff is a Offender and is restricted from having such
      History records of the Department of Corrections Violations].
      [The defendants hold such proof as while as Missouri Court
      records].

1 of 3

3. Rule 406. Habit, Routine Practice
   [Plaintiff is restricted from haveing such Policies and Procedures
   wherefore defendants hold all ρ evidence in occurdence
   with RSmo. guidelines.] [ yet some are Not restricted].
4. Rule 501. General Rule
5. Rule 704. Opinion on Ultimate Issue
6. Rule 803. Hearsay Exceptions: Availability of Declarant
   Immaterial (1)-(7), (15)
7. Rule 901. Requirement of Authentication or
                Identifiation
8. Rule 1001. Article X. Content of writing, Recordings, Photographs
9. Rule 1002. Requirements of Original
10. Rule 1006. Summaries
11.            Lastly,
Federal Rule of Evidence:
          Article I. Rule 104. (b)
When ~~be~~ the relevancy of evidence depends upon
the fulfillment of a Condition of fact, Court shall
admit it upon, or subject to, the ~~introdce~~
                                    introduction  of
evidence sufficient to support a finding of the fulfillment
of the condition.

[Citations Omitteed 1-10]

2 of 3

Wherefor these rule requested stand FRE enforcent state
law and FRE the guideing and primal law of civil
proceeding herein the Eastern District Court of Missouri
and being applacable to be noticed by this Court
ether of its descretion or apon request, within meanr
of timely measures, may be used in its ethical
form of law to admiss any evidence not noticed
by ether party in favor of plaintiff, being that plaintiff
is the requester of such advanitage admissible and
available.

I declare under penalty of perjury that the foregoing is
true and correct. Executed at Mineral Point on
~~Auegust~~

Respectfully Submitted
Jamont Williamson
Pro se, Inmate
ID No #363930
PCC.
11593 State Hwy. O
Mineral Point, IYC. 63660

3 of 3

RECEIVED
AUG 27 2012
BY MAIL

I, Lamont Williamson, plaintiff, declare that:
I was sent my complaint in a "return to send"
package on Aug. 22nd, 2012. I sent it to the Court
of Appeals because thats the address the Law
clerk at E.R.D.C.C. Law Library gave me. This
sould not count against me. It would be unfair
and a abuse of ~~discretion~~ discretion.

I, Lamont Williamson, #363930, declare under the
penalty of perjury that the foregoing is true and
correct. Executed at Bonne Terre, MO. 63628
Date: Aug. 22nd, 2012

Lamont Williamson

[proof #1 and #2]

1 of 2



MINTRA
314-340-7662 242
MO STATE PUBLIC DEFENDERS OFF.
1010 UNION STATION
SAINT LOUIS MO 63103

SHIP TO:
LAMONT WILLIAMSON
ERDCC
2727 HIGHWAY K
BONNE TERRE   MO 63628-3439

MO 636 0-01

UPS 2ND DAY AIR
TRACKING #: 1Z 677 432 02 9762 0483

BILLING: P/P

RECEIVED
AUG 2 2 2012
HOUSING UNIT #1

https://www.ups.com/uis/create?action=OpenPrintofdefault   FOR UPS SHIPPING ONLY   PrintWindowPage&key=lab...   8/16/2012

[proof][#3]

Lamont Williamson
#363930
E.R.D.C.C.
2727 Hwy. K
Bonne Terre, MO. 63628
2 of 2

In The United States District Court For The
Eastern District Of Missouri
_____ Division

Civil Action, File No. _____
Lamont Williamson, ID No. #363930,
                    Plaintiff,
V.                                                    ] Summons
Director of the Missouri Dept. Of Corrections,
et al.,
                    Defendant(s).
To the above-named defendants:

  You are hereby, Summoned and required to serve upon
_____, plaintiff's attorney, whose address is:
_____;

an answer to the complaint which is here with served
upon you, within 60 day's after service of this Summons
upon you, exclusive, of the day of service.   If
you fail to do so, Judgement by Default will be
taken against you for the relief demanded in
the complaint.

                              _____
[Seal of the U.S. District      Clerk of Court
Court.]

Date: ___/___/___