**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| LAMONT WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-1548 CAS |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On December 5, 2012, the Court ordered the Clerk to serve process on defendants Jean Unknown and Unknown Casey, who were alleged to be employees of Corizon, Inc., or Correction Medical Services, Inc. The summons were returned as to these two defendants, however, without, having been effectuated. As to defendant Unknown Casey, the summons was returned because she was no longer employed at Potosi Correctional Center. As to defendant Jean Unknown, the summons was not served on a proper third party in accordance with the Rules of Civil Procedure. As a result, these two defendants need to be served with process.

The Court does not have sufficient information to effectuate service on these two defendants. Therefore, plaintiff is directed to provide both the first and last names for both Jean Unknown and Unknown Casey and either their current place of employment or their last known addresses. Once the Court has this information, the Court will direct the United States Marshals Office to serve process on the defendants. If plaintiff fails to comply with this Order, the Court will dismiss these defendants.

Additionally, the Court notes that plaintiff has not been able to pay the filing fee as previously ordered because he can not afford it. Title 28 U.S.C. § 1915(b)(4) states, "In no event shall a prisoner be prohibited from bringing a civil action . . . for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." As a result, the Court will allow plaintiff to proceed without payment of an initial partial filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff is directed to provide the Court with both the first and last names of Jean Unknown and Unknown Casey. Plaintiff must also provide the Court with information where these defendants can be served, such as their home addresses or their current places of employment.

**IT IS FURTHER ORDERED** that if plaintiff fails to provide the Court with the names and addresses of defendants Jean Unknown and Unknown Casey within the time specified, plaintiff's claims against these defendants will be dismissed, without prejudice.

**IT IS FURTHER ORDERED** that plaintiff may proceed in this action without paying any portion of the filing fee. 28 U.S.C. § 1915(b)(4).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   11th   day of February, 2013.