UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LAMONT WILLIAMSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 4:12-CV-1548 CAS |
| v. | ) | |
| | ) | |
| TROY STEELE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the motion of plaintiff's appointed counsel Eleanor Devereux Braun for compensation of attorney's fees and expenses expended in representing plaintiff.[1] Counsel seeks reimbursement from the Attorney Admission Fee Non-Appropriated Fund for attorney's fees in the total amount of $2,500.00 in fees and $279.72 in expenses. Counsel's request is accompanied by documentation, including a billing log reflecting work performed and time expended.

All applications for disbursement of funds from the Attorney Admission Fee Non-Appropriated Fund are governed by Local Rules 12.03 and 12.06, the Administrative Order of May 5, 2010, concerning the Attorney Admission Fee Non-Appropriated Fund, and the Regulations Governing the Disbursement of Funds from the Non-Appropriated Fund for Attorney's Fees and Out-of-Pocket Expenses Incurred by Attorneys Appointed to Represent Indigent Parties in Civil Proceedings Pursuant to 28 U.S.C. § 1915(e), dated May 5, 2010 (the "Regulations"). The

---

[1]On March 24, 2014, this Court granted Ms. Braun's motion for leave to withdraw as appointed counsel. Ms. Braun moved to withdraw because the attorney-client relationship between her and plaintiff had broken down to the point that legal representation was no longer possible. In addition, Ms. Braun was scheduled to go on maternity leave the following month.

applicable Regulations provide that the maximum reimbursement for attorney's fees in any one case is two thousand five hundred dollars. See Regulations, §§ B.2, D.

The Court has reviewed the submitted billing log and determines that the time claimed for attorney's fees was expended and was appropriate and reasonable. The Court will order compensation for attorney's fees in the amount of $2,500.00.

Ms. Braun also seeks reimbursement for travel in the amount of $259.53, and postage and telephone in the amount of $20.19. The Court finds these costs reasonable for the prosecution of this case. Ms. Braun will therefore be reimbursed out of pocket costs in the amounts of $279.72. The total amount to be reimbursed is $2,779.72, comprised of $2,500.00 in attorney's fees and $279.72 in out-of-pocket expenses.

Accordingly,

**IT IS HEREBY ORDERED** that counsel's motion for compensation of services is **GRANTED** in the amount of Two Thousand Seven Hundred Seventy-Nine Dollars and Seventy-Two Cents ($2,779.72). [Doc. 68]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall promptly disburse the sum of Two Thousand Seven Hundred Seventy-Nine Dollars and Seventy-Two Cents ($2,779.72) from the Attorney Admission Fee Non-Appropriated Fund, payable to:

>Eleanor Devereux Braun
>Devereux and Murphy
>101 S. Hanley Rd.
>Suite 400
>Saint Louis, MO 63105

The Court wishes to express its appreciation to appointed counsel for her efforts on behalf of plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   7th   day of October, 2014.