UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAMONT WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-1548 CAS |
| | ) | |
| TROY STEELE, UNKNOWN NULL, UNKNOWN MORRIS, WILLIAM MCKINNEY, UNKNOWN TAMRY JEAN UNKNOWN, ROBIN UNKNOWN UNKNOWN CASEY, UNKNOWN BRENIUM, WILLIAM MILAM, MISSOURI DEPARTMENT OF CORRECTIONS, CORIZON, INC., GEORGE LOMBARDI, JEAN DAUGHERTY, CASSANDRA A. SOLOMON, CHARLES LAWSON, BRIAN BROWN, CHARLES SULLENS, and LOLA ANN BRANNUM, | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIAL JUDGMENT**

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendants Corizon, Inc., William McKinney, Jean Daugherty, and Lola Ann Brannum and against plaintiff Lamont Williamson.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Charles Sullens and Charles Lawson, in their official capacities only, and against plaintiff Lamont Williamson.

/s/ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   9th   day of June, 2015