# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAMONT WILLIAMSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TROY STEELE, UNKNOWN NULL, UNKNOWN MORRIS, WILLIAM MCKINNEY, UNKNOWN TAMRY JEAN UNKNOWN, ROBIN UNKNOWN UNKNOWN CASEY, UNKNOWN BRENIUM, WILLIAM MILAM, MISSOURI DEPARTMENT OF CORRECTIONS, CORIZON, INC., GEORGE LOMBARDI, JEAN DAUGHERTY, CASSANDRA A. SOLOMON, CHARLES LAWSON, BRIAN BROWN, CHARLES SULLENS, and LOLA ANN BRANNUM, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 4:12-CV-1548 CAS |
| Defendants. | ) |

## JUDGMENT

This action came for trial before a jury, with the undersigned United States District Judge presiding. The issues were duly tried, and the case was submitted to the jury as to plaintiff's 42 U.S.C. § 1983 claim of failure to protect and his state law claim of negligence against the remaining defendants, Charles Sullens and Charles Lawson, in their individual capacities. The jury rendered its verdict on September 9, 2015, against plaintiff and in favor of the defendants.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered against plaintiff Lamont Williamson and in favor of defendants Charles Sullens and Charles Lawson,

in their individual capacities, as to plaintiff's 42 U.S.C. § 1983 claim of failure to protect and state law claim of negligence.

**IT IS FURTHER ORDERED** that costs are assessed against plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**

Dated this    9th    day of September, 2015