UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAMONT WILLIAMSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12-CV-1548 CAS |
| TROY STEELE, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the notice of appeal. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than fourteen (14) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the notice of appeal.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   15th   day of May, 2017