UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAMONT WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-1548 CAS |
| | ) | |
| TROY STEELE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis on appeal. Plaintiff did not submit a copy of his prison account statement with his motion, and therefore, the Court ordered him to file one no later than May 29, 2017. On May 25, 2017, plaintiff notified the Court that he would not comply with the Order. As a result, the motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal is **DENIED**. (Doc. 216)

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  2nd   day of August, 2017.